UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL HICKS,

                Plaintiff,

    -against-

OFFICER RYAN, ET AL.,

                Defendants.

24 CIVIL 9585 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 20, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 21, 2025
          New York, New York

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                             Chief United States District Judge